# UNITED STATES DISTRICT COURT

District of     Massachusetts

Audrey Wilson,
       Plaintiff

V.

Margaret McKenna

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 05 11205 JLT

TO: (Name and address of Defendant)

Margaret McKenna
100 River Street
Danielson, CT 06239

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Roland L. Milliard
1470 Lakeview Avenue
Suite 5
Dracut, MA 01826

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUN - 8 2005

CLERK                                                       DATE



(By) DEPUTY

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | JUNE 20, 2005 |
| NAME OF SERVER (PRINT) ARTHUR P. JOHNSTON | TITLE CONNECTICUT STATE MARSHAL |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 100 RIVER STREET PANIELSON, CT 06239

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL (20) 8.10 ENDORSEMENT .40 | SERVICES 30.00 PAGES 3.00 | TOTAL 41.50 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JUNE 20, 2005   *[signature]*
           Date                Signature of Server

6 PARK RD. PUTNAM, CT 06260
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.