UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*************************************************

| | |
|---|---|
| AUDREY WILSON, * | |
| Plaintiff * | CIVIL ACTION |
| vs. * | No. 05-11205-JLT |
| * | |
| MARGARET McKENNA, * | |
| Defendant * | |

*************************************************

### DEFENDANT, MARGARET McKENNA'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 12(b) (2)

Now comes the Defendant, Margaret McKenna, and pursuant to Fed. R. Civ. P. 12(b)(2) hereby moves this Honorable Court to enter judgment of dismissal in her favor with respect to all counts asserted against her in the above-captioned matter. Defendant files herewith a Memorandum in support of her motion in support of the fact that there is no personal jurisdiction of this Court over the nonresident defendant.

Respectfully submitted,
MARGARET McKENNA
By Her Attorneys:

_____
Richard E. Heifetz, Esquire
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
BBO #229000
617-557-9696
Dated:    July 11, 2005

### LOCAL RULE 7.1 (A) (2) CERTIFICATION

Pursuant to Local Rule (D. Mass.) 7.1 (A)(2), undersigned counsel certifies that he has conferred with Plaintiff's counsel in a good faith effort to resolve or narrow the issues presented by this motion.

_____
Richard E. Heifetz

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.