UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05 - 11205 - JLT

| | |
|---|---|
| Audrey Wilson, )<br>    Plaintiff )<br>)<br>v. )<br>Margaret McKenna )<br>    Defendant )<br>) | PLAINTIFF'S OPPOSITION TO<br>DEFENDANT'S MOTION TO DISMISS<br>PURSUANT TO FRCP 12 (b) (2) |

NOW COMES THE Plaintiff, by and through undersigned counsel, and respectfully moves this honorable court to deny the Defendant's Motion, and as grounds therefore invites the court's attention to the attached memorandum.

                                                The Plaintiff,
                                                Audrey Wilson,
                                                By her attorney,

_____
Roland L. Milliard
BBO # 559361
1470 Lakeview Ave, Suite 5
Dracut, MA 01826
(978)957-6799

I hereby certify that I caused a copy of the Opposition and Memorandum to be served on the Defendant in accordance with FRCP 5.

_____
Roland L. Milliard
BBO# 559361
1470 Lakeview Ave, Suite 5
Dracut, MA 01826
(978)957-6799

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361