UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Civil Action 05 – 11205 - JLT

| | |
|---|---|
| Audrey Wilson,   )<br>    Plaintiff      )<br>                    )<br>v.                )<br>Margaret McKenna  )<br>    Defendant     )<br>                    ) | MEMORANDUM IN SUPPORT OF<br>PLAINTIFF'S OPPOSITION TO<br>DEFENDANT'S MOTION TO DISMISS<br>PUSUANT TO FRCP 12 (b) (2) |

    This action arose as the result of a motor vehicle accident. It is fundamental that motor vehicles are mobile and in the United States today, it is not unusual to share the road with many vehicles from jurisdictions other than one's own.

    The State of Connecticut advertises in Massachusetts for people to tour Connecticut and marvel at sights such as Mystic Seaport, the Coast Guard Academy, Mark Twain's home, and the birth place of Revolutionary War patriot and official Connecticut state hero, Nathan Hale. There are also two sovereign Indian nations within the confines of Connecticut that advertise heavily for Massachusetts resident to patronize their casinos.

    Connecticut residents benefit from the State of Connecticut's advertising for tourists. The residents also benefit from the Indian tribes' advertising the casinos. It is foreseeable, and not unlikely, that a Connecticut resident will be involved with an out of state resident in an automobile accident and litigation results from that accident.

    The Defendant may be premature with her Motion. She quotes at length the Massachusetts Long Arm statute but does not supply an affidavit of her lack of contacts with the forum state. At this time, it is possible the Defendant has a summer home in Massachusetts. The Defendant may be involved in a trade or business in Massachusetts, or may meet one of the requirements for the statute to apply. There is no Affidavit denying any contact, merely a memorandum of the statute from her counsel.

    The Plaintiff and the operator of the motorcycle on which she is a passenger are both Massachusetts residents. The Defendant is a Connecticut resident. Upon information and belief, these are the only witnesses to the incident. Two of the three live in Massachusetts. It would be more burdensome on the Plaintiff to litigate in Connecticut than for the Defendant to defend in Massachusetts. The Defendant's insurer has retained experienced counsel in Massachusetts, with offices minutes from the federal court house. The Plaintiff would have to find new counsel in Connecticut as undersigned counsel is not admitted in Connecticut.

    In summary, American society today is so mobile that it does not shock the conscience that as a result of an automobile accident in one jurisdiction, litigation results in another jurisdiction. The mere fact that a Plaintiff files in her own jurisdiction, and not that of the Defendant, does not *ipso facto* mean Defendant has been denied due process. Connecticut advertises for Massachusetts residents to travel to Connecticut and it is foreseeable that those Massachusetts residents will be involved in Connecticut auto accidents. There is no affidavit from the Defendant acknowledging or denying contacts with Massachusetts and perhaps her Motion is premature. Two of the three people

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361

involved in the accident are Massachusetts residents. Defendant has competent counsel with offices minutes from the court house while Plaintiff would have to seek new counsel in a forum where she knows no lawyer either personally or by reputation. In light of the foregoing, it is respectfully suggested that the Defendant's Motion be denied.

                                          The Plaintiff,
                                          Audrey Wilson,
                                          By her attorney,

                                          _____
                                          Roland L. Milliard
                                          BBO#559361
                                          1470 Lakeview Ave, Suite 5
                                          Dracut, MA 01826
                                          (978)957-6799

Roland L. Milliard
Pilgrim Place
1470 Lakeview Ave.
Suite 5
Dracut, MA 01826
Tel. (978) 957-6799
Fax (978) 957-5322
BBO# 559361